Frank A. Corsini
47 Sesuit Road, PO BOX 233
East Dennis, MA 02641
Tel: 508-385-3518
Tel: 202-455-1390 cell (preferred)
Fax: 202-204-5703

ORIGINAL FILED
OCT 27 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

FRANK A. CORSINI,

    Plaintiff,

v.

CANYON EQUITY, LLC, et al.,

    Defendants.

CASE NO. CV 10 2061 JL

### REQUEST TO HAVE PERMISSION TO E-FILE

Plaintiff, Frank A. Corsini, proceeding pro se, files this Motion respectfully requests permission to E-File.

Respectfully submitted,

FRANK A. CORSINI
Plaintiff, pro se

Frank A. Corsini
47 Sesuit Road, PO BOX 233
East Dennis, MA 02641
Tel: 508-385-3518
Tel: 202-455-1390 cell (preferred)
Fax: 202-204-5703

Oct 27, 2010

SO ORDERED

JAMES LARSON
U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I sent a copy of this Motion to e-file, by facsimile/by electronic mail, on the 27th day of October, 2010, to:

Andrew Sabey
Cox, Castle & Nicholson LLP
555 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 262-5103
Fax: (415) 392-4250
asabey@coxcastle.com

_____
Frank A. Corsini