Richard Van Duzer (State Bar No. 136205)
rvanduzer@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
MARK HARMON and AUBERGE RESORTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK A. CORSINI,<br><br>    Plaintiff,<br><br>vs.<br><br>CANYON EQUITY, LLC, a Delaware Limited Liability Company DBA CANYON GROUP; AUBERGE RESORTS, LLC, a California Limited Liability Company; MARK HARMON; HOMI VAZIFDAR; and KJELL SPANGBERG,<br><br>    Defendants. | Case No. CV-10-2061-JL<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL |

## STIPULATION

The undersigned stipulate and agree that Defendants MARK HARMON ("Harmon") and AUBERGE RESORTS, LLC ("Auberge") have retained the law firm of Farella Braun + Martel LLP, whose address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104 and whose telephone number is (415) 954-4400, as its attorneys of record in this action in lieu and in place of the law firm of Cox Castle & Nicholson LLP. Auberge requests that the Court permit Farella Braun + Martel LLP to substitute as counsel of record for Cox Castle & Nicholson LLP

STIPULATION AND ORDER REGARDING
SUBSTITUTION OF COUNSEL, CV-10-
2061-JL.

26523\2556770.1

on behalf of Harmon and Auberge in this action.

**IT IS SO STIPULATED**

I consent to this Substitution of Counsel:

Dated: March 28, 2011                    MARK HARMON

By: /s/ Mark Harmon
    Mark Harmon

I consent to this Substitution of Counsel:

Dated: March 28, 2011                    AUBERGE RESORTS, LLC

By: /s/ Mark Harmon
    Mark Harmon

Its: Chief Executive Officer

I consent to this Substitution of Counsel:

Dated: March ___, 2011                   COX CASTLE & NICHOLSON LLP

By: _____
    Andrew Sabey

Former Attorneys for Defendants
MARK HARMON and AUBERGE
RESORTS, LLC

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite O
St. Helena, CA 94574
(707) 967-4000

STIPULATION AND ORDER REGARDING
SUBSTITUTION OF COUNSEL, CV-10-2061-JJ

- 2 -

26523\2556770.1

on behalf of Harmon and Auberge in this action.

**IT IS SO STIPULATED**

I consent to this Substitution of Counsel:

Dated: March ___, 2011                MARK HARMON

By:_____
   Mark Harmon

I consent to this Substitution of Counsel:

Dated: March ___, 2011                AUBERGE RESORTS, LLC

By:_____
   Mark Harmon

Its: Chief Executive Officer

I consent to this Substitution of Counsel:

Dated: March 28, 2011                 COX CASTLE & NICHOLSON LLP

By:_____
   Andrew Sabey

Former Attorneys for Defendants
MARK HARMON and AUBERGE
RESORTS, LLC

STIPULATION AND ORDER REGARDING SUBSTITUTION OF COUNSEL, CV-10-2061-JL   - 2 -                26523\2556770.1

1  I consent to this Substitution of Counsel, and am admitted to the bar of this Court.
2
3  Dated: March 29, 2011                FARELLA BRAUN + MARTEL LLP
4
5                                       By: _____
                                             Richard Van Duzer
6
                                        Attorneys for Defendants
7                                       MARK HARMON and AUBERGE
                                        RESORTS, LLC
8  **IT IS SO ORDERED:**
9
   Dated: 3-29, 2011                    _____
10                                       JAMES LARSON
                                         MAGISTRATE JUDGE
11

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIPULATION AND ORDER REGARDING
SUBSTITUTION OF COUNSEL, CV-10-
2061-JT.

- 3 -

26523\2556770.1

Case 3:10-cv-02061-JSC   Document 43   Filed 03/30/11   Page 5 of 5