AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

FRANK A. CORSINI

                      Plaintiff (s),

    V.

CANYON EQUITY, LLC, et al.

                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 10 2061 JL

Notice is hereby given that, subject to approval by the court, Homi Vazifdar substitutes
(Party (s) Name)

Gregory S. Cavallo, State Bar No. 173270 as counsel of record in
(Name of New Attorney)

place of COX, CASTLE & NICHOLSON LLP.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Shopoff & Cavallo LLP
    Address: 44 Montgomery Street, Suite 1670, San Francisco, CA 94104
    Telephone: 415-984-1975        Facsimile 415-984-1978
    E-Mail (Optional): greg@shopoffcavallo.com

I consent to the above substitution.

Date: March 29, 2011

Homi Vazifdar
(Signature of Party (s))

I consent to being substituted.

Date: March 29, 2011

Andrew B. Sabey
COX, CASTLE & NICHOLSON LLP
(Signature of Former Attorney (s))

Gregory S. Cavallo

I consent to the above substitution.
Date: March 29, 2011

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/31/11

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com