AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

FRANK A. CORSINI

       Plaintiff(s),

  v.

CANYON EQUITY, LLC, et al.

       Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 10 2061 JL

Notice is hereby given that, subject to approval by the court, __Kjell Spangberg__ substitutes
                 (Party(s) Name)

__Gregory S. Cavallo__, State Bar No. __173270__ as counsel of record in
(Name of New Attorney)

place of __COX, CASTLE & NICHOLSON LLP.__
     (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name: Shopoff & Cavallo LLP
  Address: 44 Montgomery Street, Suite 1670, San Francisco, CA 94104
  Telephone: 415-984-1975    Facsimile 415-984-1978
  E-Mail (Optional): greg@shopoffcavallo.com

I consent to the above substitution.

Date: March 29, 2011

I consent to being substituted.

Date: March 29, 2011

I consent to the above substitution.
Date: March 29, 2011

Kjell Spangberg
*/s/ Kjell Spangberg*
(Signature of Party(s))

Andrew B. Sabey
COX, CASTLE & NICHOLSON LLP
*/s/ Andrew B. Sabey*
(Signature of Former Attorney(s))

Gregory S. Cavallo
*/s/ Gregory S. Cavallo*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/31/11

*/s/ James Larson*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com