Richard Van Duzer (State Bar No. 136205)
rvanduzer@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
MARK HARMON and AUBERGE RESORTS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK A. CORSINI,<br><br>    Plaintiff,<br><br>  vs.<br><br>CANYON EQUITY, LLC, a Delaware Limited Liability Company DBA CANYON GROUP; AUBERGE RESORTS, LLC, a California Limited Liability Company; MARK HARMON; HOMI VAZIFDAR; and KJELL SPANGBERG,<br><br>    Defendants. | Case No. CV-10-2061-JSC<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CMC AND JOINT CMC STATEMENT**<br><br>Date: July 7, 2011<br>Time: 1:30 p.m.<br>Dept.: Courtroom F<br>Judge: Hon. Jacqueline Scott Corley<br><br>Action Filed: May 14, 2010 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

  Plaintiff FRANK A CORSINI ("Plaintiff") and Defendants AUBERGE RESORTS, LLC and MARK HARMON hereby submit this Stipulated Request for Continuance of CMC and Joint CMC Statement in advance of the case management conference currently scheduled in this matter for July 7, 2011.

  **1.**  <u>Stipulated Request for Continuance</u>

  On May 23, 2011, Judge James Larsen entered an order dismissing with prejudice all of Plaintiff's claims against Defendants CANYON EQUITY, LLC, KJELL SPANGBERG, and HOMI VAZIFDAR. On June 30, 2011, Plaintiff and Defendants Auberge Resorts, LLC and

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIPULATION RE CONTINUANCE OF CMC AND
JOINT CMC STATEMENT
CV-10-2061-JSC

26523\2665473.1

Mark Harmon reached an agreement in principle to settle all remaining claims. The parties are in the course of finalizing and documenting their agreement, and expect to file a Dismissal With Prejudice within the next 30 to 45 days. Accordingly, Plaintiff and Defendants Auberge Resorts, LLC and Mark Harmon request that the Court continue the case management conference currently scheduled for July 7, 2011 to allow them sufficient time to finalize their agreement. In the event the Court does not grant the parties' request for a continuance of the conference, however, Plaintiff and Defendants Auberge Resorts, LLC and Mark Harmon submit this Joint Case Management Statement.

**2.    Jurisdiction and Service.**

This Court has subject matter jurisdiction of this matter pursuant to 28 U.S.C. 1332(a) because there exists complete diversity between the parties, and the amount in controversy in this matter exceeds the minimum threshold amount of $75,000, exclusive of interest and costs. No issues exist with respect to personal jurisdiction or venue.

There are no parties that remain to be served.

**Facts.**

Plaintiff contends that he was specifically asked to find resort investments by a trusted and longstanding client, Defendant Kjell Spangberg ("Defendant Spangberg"). Additionally, Plaintiff contends that Defendants Mark Harmon and Auberge Resorts, LLC requested that Plaintiff assist them by utilizing Plaintiff's connections to introduce investors to them who would invest money in development. Defendants were well aware of the fact that Plaintiff agreed to perform such services with the expectation of being compensated for his services.

Plaintiff contends that he made several introductions, including jump-starting business opportunities between Defendant Spangberg, Defendant Auberge, Defendant Harmon, Defendant Homi Vazifdar, and Defendant Christopher Henkel. Plaintiff contends that he was not compensated by the Defendants for the reasonable value of his services. Plaintiff contends that Defendants all benefited from the compensation/monies invested by Defendant Spangberg. Plaintiff seeks the reasonable value of services performed and estimates it to exceed six million dollars.

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIPULATION RE CONTINUANCE OF CMC AND
JOINT CMC STATMENT                                  - 2 -                                  26523\2665473.1
CV-10-2061-JSC

Defendants dispute these assertions and raise affirmative defenses to each and every one of Plaintiff's claims. Defendants contend that Plaintiff's claims are barred by the statute of limitations and the equitable doctrine of laches, and that Plaintiff cannot allege contractual or quantum meruit claims against parties with whom he had no agreement. Defendants contend Plaintiff is owed nothing and has no good faith claim to any compensation. Plaintiff disputes Defendants' contentions.

**3. Legal Issues.**

Plaintiff: In his First Amended Complaint, Plaintiff asserted causes of action under the laws of the State of California for: (1) breach of contract (against Defendants Harmon and Auberge); (2) fraud – concealment (against all Defendants); (3) an accounting (against all Defendants); (4) quantum meruit (against all Defendants); and violation of California Business and Professions Code §17200 (against all Defendants).

Defendants: As set forth below, Defendants Kjell Spangberg, Homi Vazifdar, and Canyon Equity, LLC filed a Motion to Dismiss, challenging the sufficiency of the claims brought against them.

**4. Answer.**

Defendants Mark Harmon and Auberge Resorts, LLC have answered Plaintiff's First Amended Complaint.

**5. Motions.**

Defendants Kjell Spangberg, Homi Vazifdar, and Canyon Equity, LLC filed a Motion to Dismiss the First Amended Complaint. The Motion to Dismiss was granted by Judge James Larson on May 23, 2011. (Granting Docket #44)

**6. Evidence Preservation.**

Counsel for all parties have instructed their clients to preserve all evidence relevant to the issues in this action, including all emails, documents, and other electronically-recorded material.

**7. Disclosures.**

Plaintiff and Defendants served and exchanged initial disclosures pursuant to Fed. R. Civ. P. 26 on February 23, 2011.

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIPULATION RE CONTINUANCE OF CMC AND
JOINT CMC STATMENT
CV-10-2061-JSC

- 3 -

26523\2665473.1

**8. Discovery.**

Discovery is ongoing.

The parties are adhering to the following discovery plan pursuant to Fed. R. Civ. P. 26(f):

<u>Scope of Discovery</u>: The parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense—including, but not limited to, the existence, description, nature, custody, condition, and location of any documents or other tangible things and the identity and location of persons who know of any discoverable matter.

<u>Initial Disclosures</u>: Were served on all parties who have appeared in this cause on February 23, 2011.

<u>Disclosure of Experts</u>: Disclosure of experts, including the identity of any expert and all accompanying written reports, pursuant to Fed. R. Civ. P. 26(a)(2):

(i) At least 90 days before the date set for trial; or

(ii) If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B), within 30 days after the other party's disclosure.

<u>Written Discovery</u>: All written discovery, other than initial disclosures and the disclosure of experts as set forth above, shall be completed no later than July 23, 2011.

<u>Oral Depositions</u>: All oral depositions must be completed no later than July 30, 2011.

<u>Other Items Under FRCP 26(f)</u>: None anticipated at this time.

**9. Class Actions.**

This case is not a class action suit.

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIPULATION RE CONTINUANCE OF CMC AND
JOINT CMC STATMENT
CV-10-2061-JSC

- 4 -

26523\2665473.1

**10. Related Cases.**

There are no other cases or proceedings related to this cause or the facts and claims asserted herein pending before another judge of this Court or before another court or administrative body.

**11. Relief.**

Plaintiff seeks, of and from the aforementioned Defendants under the theories set forth in the First Amended Complaint, as may be amended, the following relief: (1) all of his actual, direct, and consequential damages, which Plaintiff reasonably believes are in the amount of at least six million dollars ($6,000,000.00) or the reasonable value of the services he provided; (2) reasonable and necessary attorneys' fees; (3) pre-judgment interest at the maximum rate allowed by law; (4) post-judgment interest at the maximum rate allowed by law; (5) all costs of court; and (6) for all other relief, in law or in equity, to which Plaintiff is justly entitled.

The damages are based upon a calculation of the introduction fee commissions, equal to 3% of the value of funds contributed by investors for the business resulting from introductions made by Plaintiff, owed to Plaintiff for the resulting business generated from such introductions.

Defendants deny that Plaintiff is entitled to any damages whatsoever and do not yet understand the basis for Plaintiff's damages calculation.

**12. Settlement and ADR.**

On June 30, 2011, Plaintiff and Defendants Auberge Resorts, LLC and Mark Harmon reached an agreement in principle to settle their dispute. The parties are in the process of finalizing and documenting their agreement.

**13. Consent to Magistrate Judge for All Purposes.**

The parties have consented to Magistrate Judge Jacqueline Scott Corley for all purposes.

**14. Other References.**

This case is not suitable for binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues.**

There does not appear to be any issues that can be narrowed by agreement at this time.

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIPULATION RE CONTINUANCE OF CMC AND JOINT CMC STATMENT
CV-10-2061-JSC
- 5 -
26523\2665473.1

1  Plaintiff contends he provided services, which were not compensated by the Defendants.

2  Defendants reject Plaintiff's claims.

3  **16.     Expedited Schedule.**

4  This is not the type of case that can be handled on an expedited basis with streamlined

5  procedures.

6  **17.     Scheduling.**

7  | Designation of Experts: | *See* Section 8 above. |
8  | Discovery Cutoff: | *See* Section 8 above. |
9  | Hearing of Dispositive Motions: | August 29, 2011 |
10 | Pretrial Conference: | September 21, 2011 |
11 | Trial: | September 26, 2011 |

12  **18.     Trial.**

13  This case will be tried to a jury.  Expected length of trial:  5 days.

14  **19.     Disclosure of Non-Party Interested Entities or Persons.**

15  Plaintiff has filed its Certification of Interested Entities or Persons in this cause as

16  required by Civil Local Rule 3-16.  Pursuant to Civil L.R. 3-16, the undersigned certifies that as

17  of this date, other than the named parties, there is no such interest to report.

18  **20.     Other Matters to Facilitate Disposition of Matter.**

19  To the parties' knowledge, there are no other matters that would further facilitate the just,

20  speedy, and inexpensive disposition of this matter at this time.

21

22  DATED: June 30, 2011                          CHRISTMAN KELLEY & CLARKE, PC

23

24                                              By: _____
                                                    Matthew M. Clarke
25                                                  Dugan P. Kelley
                                                    Attorneys for Plaintiff Frank A. Corsini

26

27

28

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIPULATION RE CONTINUANCE OF CMC AND
JOINT CMC STATMENT                    - 6 -                               26523\2665473.1
CV-10-2061-JSC

1  Dated: June 30, 2011                    FARELLA BRAUN + MARTEL LLP

3                                          By: /s/
                                              Richard Van Duzer

                                           Attorneys for Defendants
                                           MARK HARMON and AUBERGE RESORTS,
                                           LLC

9  The case management conference is continued to August 4, 2011 at
   1:30 p.m. in Courtroom E.

11 Dated: July 1, 2011

GRANTED

Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIPULATION RE CONTINUANCE OF CMC AND
JOINT CMC STATMENT                 - 7 -                              26523\2665473.1
CV-10-2061-JSC