1  Richard Van Duzer (State Bar No. 136205)
   rvanduzer@fbm.com
2  Amarra A. Lee (State Bar No. 245679)
   alee@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendants
   MARK HARMON and AUBERGE RESORTS,
7  LLC

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 | FRANK A. CORSINI,                              | Case No. CV-10-2061-JSC
12 |            Plaintiff,                          | **STIPULATION OF DISMISSAL WITH PREJUDICE**
13 |    vs.                                         |
14 | CANYON EQUITY, LLC, a Delaware                 |
   | Limited Liability Company DBA                  |
15 | CANYON GROUP; AUBERGE                          |
   | RESORTS, LLC, a California Limited             |
16 | Liability Company; MARK HARMON;                |
   | HOMI VAZIFDAR; and KJELL                       |
17 | SPANGBERG,                                     |
18 |            Defendants.                         |

19                      **STIPULATION**
20
     Pursuant to Fed. Rule Civ. P. 41(a)(1)(ii), Plaintiff FRANK A. CORSINI and Defendants
21
   MARK HARMON and AUBERGE RESORTS, LLC hereby stipulate that this action be
22
   dismissed with prejudice. Plaintiff FRANK A. CORSINI and Defendants MARK HARMON and
23
   AUBERGE RESORTS, LLC further stipulate that they will each bear their own attorneys' fees
24
   and costs.
25
   //
26
   //
27
   //
28

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIPULATION OF DISMISSAL WITH PREJUDICE
CV-10-2061-JSC

26523\2670771.1

| | | |
|---|---|---|
| 1 | Dated: July __, 2011 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Richard Van Duzer |
| 5 | | Attorneys for Defendants MARK HARMON and AUBERGE RESORTS, LLC |
| 6 | Dated: July 19, 2011 | CHRISTMAN, KELLEY & CLARKE, P.C. |
| 7 | | |
| 8 | | By:_____ |
| 9 | | Dugan P. Kelley |
| 10 | | Attorneys for Plaintiff FRANK A. CORSINI |

## ORDER

Good cause appearing therefore, IT IS SO ORDERED.

Dated: August 2, 2011        _____
                             Jacqueline Scott Corley

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIPULATION OF DISMISSAL WITH PREJUDICE
CV-10-2061-JSC
- 2 -
26523\2670771.1

| | | |
|---|---|---|
| 1 | Dated: July 25, 2011 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: _____ |
| | | Richard Van Duzer |
| 4 | | |
| 5 | | Attorneys for Defendants |
| | | MARK HARMON and AUBERGE |
| 6 | | RESORTS, LLC |
| 7 | Dated: July __, 2011 | CHRISTMAN, KELLEY & CLARKE, P.C. |

By: _____
Dugan C. Kelley

Attorneys for Plaintiff
FRANK A. CORSINI

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

_____
Jacqueline Scott Corley

Farella Braun + Martel LLP
Wine Business Center
899 Adams Street, Suite G
St. Helena, CA 94574
(707) 967-4000

STIPULATION OF DISMISSAL WITH PREJUDICE
CV-10-2061-JSC

- 2 -

26523\2670771.1